Submitted on record and briefs November 2, reversed December 26, 2007

In the Matter of D. S.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

D. S.,
*Appellant.*

Multnomah County Circuit Court
060666068; A132893

174 P3d 1091

Lance D. Perdue filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Inge D. Wells, Senior Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

**PER CURIAM**

In this involuntary mental commitment case, appellant contends that the evidence in the record is legally insufficient to establish that he is dangerous to himself because of his mental disorder. ORS 426.005(1)(d)(A). The state concedes that the record does not provide clear and convincing evidence to prove the grounds for his commitment. On *de novo* review, we agree that the evidence is insufficient.

Reversed.